SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
GLENN HERMAN SULLIVAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. No. CR F-01-5336-OWW |
| Plaintiff, | ORDER DECLINING JUDICIAL RECOMMENDATION TO BUREAU OF PRISONS |
| vs. | |
| GLENN HERMAN SULLIVAN, | |
| Defendant. | Judge: Hon. Oliver W. Wanger |

On June 24, 2005, this Court re-sentenced Defendant Glenn Herman Sullivan to a term of 40 months in the custody of the Bureau of Prisons, following the Ninth Circuit's remand. The defendant came before this Court and the Court had the opportunity to observe his demeanor and to hear him speak. The Court is familiar with the defendant's conduct while on pretrial release from this Court during the period between the indictment in September 2001 through his conviction in January 2003. The Court is also familiar with the defendant's constructive conduct while in BOP custody. The Court finds that the defendant has had an exemplary history complying with all requirements of supervision, both as a pretrial releasee, and as an inmate in Fresno County Jail and at the Beckley Federal Prison Camp. Finally, the Court notes that a significant amount of restitution is owed by the defendant, who has employable skills and potential employment

opportunities, such that participation in the BOP's early (10%) release home detention program would facilitate the payment of restitution.

Therefore, For Good Cause Shown and based on the above reasons, this Court hereby recommends to the Bureau of Prisons that defendant Glenn H. Sullivan (Register No. 60321-097) be granted early release, pursuant to the Bureau of Prisons' 10% release program, to home detention at his home in Carmel, Indiana, subject to all the Bureau's usual requirements for participation in this program.

DECLINED.

Dated: _July 12_____, 2005

/s/ OLIVER W. WANGER

_____
HON. OLIVER W. WANGER
U.S. District Court

2