**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
United States District Court Judge
Fresno, California

          RE: Glenn  Herman SULLIVAN
             Docket Number: 1:01CR05336-01 OWW
             <u>Request  for  Hearing/Modification  of TSR Conditions</u>

Your Honor:

On December 23, 2005, the above referenced individual released to 3 years supervised release (TSR) following the service of a 40 month prison sentence relative to his convictions for Aiding and Abetting the Interstate Transportation of Money and Property, Stolen, Converted or Taken by Fraud; and, Aiding and Abetting Money Laundering.  He released to reside with his wife in Indiana.  As a result, he is being supervised by the Southern District of Indiana Probation Office.

By way of letter dated January 26, 2006, the defendant's U.S. Probation Officer in Indiana, Lynette M. Williams, has requested that the defendant's conditions of supervision be modified adding three additional conditions.  These conditions include: 1) The defendant shall not be self-employed; 2) The defendant shall not work in a fiduciary capacity or hold an officer position in a corporate organization; and, 3) The defendant shall accept Purdue University Annuity in its entirety and within 30 days of receipt (June 1, of each calendar year) submit the full amount to the United States District Clerk's Office for the purpose of fulfilling the restitution obligation.  A copy of Ms. Williams' letter is attached.

The defendant is unwilling to accept said modifications without the benefit of a hearing. As a result, it is requested that the Court set the matter for hearing and issue the defendant a summons to appear on Tuesday, March 14, 2006, at 1:30 p.m.

To adequately assess the feasibility of said conditions, it is requested that the Court direct the defendant to present the following  to the Court at the hearing: 1) Verification of the sources of his reported $11,000 monthly income; 2) Verification of his ownership of all stock, whether they have exercise value or not; 3) A copy of a currently signed lease on the 13778 Driftwood Drive, Carmel, IN 46033 property; and, 4)  A listing of all corporations to which the defendant is presently affiliated and any related position held with the corporation.

| | | |
|---|---|---|
| Honorable Oliver W. Wanger | RE: | Glenn SULLIVAN |
| Fresno, California | | DocketNo:1:01CR05336-01 OWW |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( X )   The issuance of a summons for ~~Tuesday, March 14~~, Monday, March 13, 2006, at 1:30 p.m.  The Court directs that the defendant provide the Court with the aforementioned documents on the date of the hearing.


Feb. 23, 2006_____                        _/s/ OLIVER W. WANGER_____
**Date**                                                              **Signature of Judicial Officer**


                             Respectfully submitted,


                             /s/ Melinda S. Peyret

                             **Melinda S. Peyret**
                             **United States Probation Officer**


**REVIEWED BY:**        _/s/ Bruce Vasquez_____
_____              **BRUCE A. VASQUEZ**
                        **Supervising United States Probation Officer**

Dated:     2/16/2006
           Fresno, CA
           mp

Attachment(s)

cc:   AUSA Stanley Boone
      Assistant United States Attorney

      Anthony Capozzi
      Defense Counsel