```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>                            )<br>                            )<br>GLENN H. SULLIVAN,          )<br>                            )<br>                            )<br>            Defendant.      )<br>_____) | 06: 01-CR-5336 OWW<br><br>ORDER AFTER HEARING |

    This matter came on for hearing on May 12, 2006, on defendant initial appearance on his supervised release violation filed on or about April 6, 2006.  The government appeared by and through Stanley A. Boone, Assistant United States Attorney, and the defendant appeared through his counsel, Anthony Capozzi.  The defendant, Glenn H. Sullivan, appeared by telephone with the permission of the court.

    IT IS HEREBY ORDERED that at $15,718, be paid by the defendant from his Purdue University Retirement Account to the court registry by Friday, June 16, 2006.

1

IT IS FURTHER ORDERED THAT those monies, except $7,500, be paid directly towards restitution in the case and that the $7,500 withheld from restitution be held in trust by the Clerk of the Court pending further order of this court.

IT IS SO ORDERED.

**Dated:   June 16, 2006**                              /s/ Oliver W. Wanger
emm0d6                                                  UNITED STATES DISTRICT JUDGE