UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff      )    1:01-CR-5336 OWW
                             )
     v.                      )
                             )    ORDER AFTER HEARING
GLENN H. SULLIVAN,           )
                             )    (nunc pro tunc)
              Defendant      )
_____)
```

This matter came on for hearing on August 1, 2006 on defendants appearance on his supervised release violation filed on or about April 6, 2006.  After hearing and considering the evidence, the Court finds that the defendant is not in violation of the terms of his supervised release.

The Court does further order that the defendant being making monthly restitution payments in the minimum amount of $1,000 beginning September 1, 2006.

IT IS SO ORDERED.

**Dated:   September 12, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE

1