UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN H. SULLIVAN,<br><br>Defendant. | No. 1:01-cr-05336-DAD<br><br>ORDER DIRECTING CLERK TO DISBURSE MONIES FROM REGISTRY ACCOUNT |

On June 16, 2006, the court entered an order as to defendant Glenn H. Sullivan, withholding $7,500.00 from restitution to be held in trust by the Clerk of the Court pending further order of this court (Doc. No. 166). The Clerk of the Court is now hereby directed to apply monies held in the registry account plus any accrued interest towards outstanding restitution. The defendant Glenn H. Sullivan must sign a W-9 tax form and send back to the Clerk of the Court within thirty (30) days of the date of service of this order. If W-9 is not received back to the court, the accrued interest is to be disbursed to the Victim Crime Fund.

IT IS SO ORDERED.

DATED: 3/26/19

Hon. Dale A. Drozd
United States District Judge

1